MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0860 YGR |
| Plaintiff, | |
| v. | STIPULATION AND ORDER DOCUMENTING EXCLUSION OF TIME |
| SALEEM M. KHAN | |
| Defendant. | |

With the agreement of the parties in open court on May 2, 2013 and May 16, 2013, and with the consent of the defendant Saleem M. Khan ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 2, 2013 to August 26, 2013. The Court finds and holds, as follows:

1. The defendant appeared before the Court on May 2, 2013. At that appearance, the Court set a trial date for August 26, 2013. Counsel for the defendant informed the Court that he would be having a medical procedure conducted in the coming weeks that would prevent him from beginning a trial before that time. The parties agreed that for those reasons, and to allow counsel sufficient time to effectively prepare for trial, time should be excluded under the Speedy Trial Act from May 2, 2013 to August 26, 2013. At the May 2, 2013 hearing, the Court ordered the parties to appear on May 16,

STIP. & ORDER
CR 12-0860 YGR

2013 to set pretrial dates.

2. Counsel for the parties appeared on May 16, 2013. At that appearance, the Court adopted the parties' agreed-upon dates for filing of pretrial motions, for filing of pretrial motions *in limine* and other pretrial papers, and for the pretrial conference. The parties again agreed that time should be excluded from that date to August 26, 2013 for effective preparation of defense counsel.

3. Based on these facts, the Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, setting this matter for trial on August 26, 2013 is necessary for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 2, 2013 to August 26, 2013 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from May 2, 2013 to August 26, 2013 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: May 21, 2013        MELINDA HAAG
                           United States Attorney

                           _____/s/_____
                           KYLE F. WALDINGER
                           Assistant United States Attorney


DATED: May 21, 2013        _____/s/_____
                           CHRISTOPHER J. CANNON
                           Counsel for the defendant SALEEM M. KHAN

IT IS SO ORDERED.

DATED: May 22, 2013        _____
                           YVONNE GONZALEZ ROGERS
                           United States District Judge

STIP. & ORDER
CR 12-0860 YGR                    -2-