MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>SALEEM M. KHAN<br>    Defendant. | No. CR 12-0860 YGR<br><br>STIPULATION AND ORDER VACATING MOTION HEARING |

      The parties hereby stipulate and jointly request that the motion hearing currently scheduled for July 11, 2013 be VACATED. As set forth below, there are currently no pending motions in this case.

      1.     At the parties' last appearance on May 16, 2013, the Court set dates for filing and hearing of pretrial motions. Under that schedule, the defendant was to file any pretrial motions by June 13, 2013. Oral argument on that motion was scheduled for July 11, 2013 at 3:00 p.m.

      2.     Since that time, the defense has decided not to file any pretrial motions, other than motions *in limine*, which are on a different briefing and hearing schedule. Accordingly, at this time there are no pending pretrial motions. For this reason, the parties stipulate and jointly request that the motion hearing currently scheduled for July

STIP. & ORDER
CR 12-0860 YGR

11, 2013 be VACATED.

    3.    Based on the Court's order dated May 22, 2013 (docket entry 24), time properly has been excluded in this case under the Speedy Trial Act from May 2, 2013 until the date that the trial is set to commence, August 26, 2013.

    4.    The parties are next scheduled to appear before the Court on August 16, 2013 at 9:30 a.m. for a pretrial conference.

SO STIPULATED.

DATED: July 8, 2013                MELINDA HAAG
                                      United States Attorney

                                      _____/s/_____
                                      KYLE F. WALDINGER
                                      Assistant United States Attorney

DATED: July 8, 2013                _____/s/_____
                                      CHRISTOPHER J. CANNON
                                      Counsel for the defendant SALEEM M. KHAN

## ORDER

For the reasons stated in the parties' stipulation, the motion hearing currently scheduled for Thursday, July 11, 2013 is hereby VACATED.

IT IS SO ORDERED.

DATED: July 10, 2013              _____
                                      YVONNE GONZALEZ ROGERS
                                      United States District Judge